AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

MARIA BEATRIZ SIGUENCIA, CARLOS BENITO PENA, SLAWOMIR WARIAS, TADEUSZ SOKOLOWSKI, GRZEGORZ LIGEZKA, LUIS BERMEO MOROCHO and MARIO TENECORA QUINTUNA, on behalf of himself and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

MIKOMA CONSTRUCTION LLC, MIKOMA ELECTRIC LLC, MIKOMA TECHNOLOGY OF POWER AND LIGHTS WIRING AND CONTROL LIMITED LIABILITY PARTNERSHIP, MARCIN OKLA, and MILENA KOSZALKA,

*Defendant(s)*

Civil Action No. 22-cv-05138-DG-PK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MIKOMA CONSTRUCTION LLC - 174 Targee Street, Staten Island, NY 10304

MIKOMA ELECTRIC LLC - 174 Targee Street, Staten Island, NY 10304

MIKOMA TECHNOLOGY OF POWER AND LIGHTS WIRING AND CONTROL LIMITED LIABILITY PARTNERSHIP - 43-10 23rd Street, Long Island City, NY 11101

MARCIN OKLA- 174 Targee Street, Staten Island, NY 10304

MILENA KOSZALKA- 174 Targee Street, Staten Island, NY 10304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Wisniewski, Esq.
ROBERT WISNIEWSKI P.C.
17 State Street, Suite 820
New York, NY 10004
Tel. (212) 267-2101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 8/29/2022

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

